# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**
ex rel,
**MALISSA CUETO and CHRISTINE PLATT,**

          **Plaintiffs,**

**v.**                                                Case No:   6:14-cv-115-Orl-40TBS

**MEDICAL SERVICES OF AMERICA, INC. and TRADITIONAL HOME CARE, INC.,**

          **Defendants.**

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Plaintiffs MALISSA CUETO and CHRISTINE PLATT has failed to comply with the Court's Orders (Doc. Nos. 37, 38) of February 5, 2016 directing counsel to review and certify compliance with Local Rule 1.04(d) and to file a Certificate of Interested Persons and Corporate Disclosure Statement. Therefore, it is

**ORDERED** that the Plaintiffs MALISSA CUETO and CHRISTINE PLATT shall **SHOW CAUSE** and file their response to said Orders within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal without prejudice or other appropriate sanctions pursuant to Local Rule 3.10(a).

**DONE** and **ORDERED** in Orlando, Florida, this 1st day of April 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party