**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF  AMERICA,
MALISSA CUETO and CHRISTINE
PLATT,

                Plaintiffs,

v.                                          Case No:  6:14-cv-115-Orl-40TBS

MEDICAL SERVICES OF AMERICA,
INC. and TRADITIONAL HOME CARE,
INC.,

                Defendants.

_____/

## ORDER

This case is before the Court on its own motion.  A complaint was filed in this case on April 13, 2013 under the False Claims Act.  (Doc. 1).  Pursuant to the Civil Justice Reform Act reporting system for pending three-year old cases, the pending date for qui tam cases brought under the False Claims Act will be the date on which the case is first unsealed by the Court.  Therefore, to have the docket reflect the correct pending date, it is **ORDERED** as follows:

1. The case shall be administratively closed as of April 24, 2013 per the Order at Doc. 5 sealing the case.

2. The case shall be re-opened as of February 2, 2016 per the Order at Doc. 36 unsealing the case.

**DONE AND ORDERED** in Orlando, Florida on April 4, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties