UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA ex rel.
MALISSA CUETO and CHRISTINE PLATT,

    Plaintiffs,

v.                                             Case No: 6:14-cv-115-Orl-40TBS

MEDICAL SERVICES OF AMERICA, INC.
and TRADITIONAL HOME CARE, INC.,

    Defendants.

## ORDER

This cause comes before the Court upon a *sua sponte* review of the file. On April 1, 2016, the Court ordered Plaintiffs, Malissa Cueto and Christine Platt ("Relators"), to show cause why they had failed to comply with the Court's related case and interested persons orders. (Doc. 41). The Court directed Relators to file their responses to those orders within fourteen days. The Court warned Relators that their failure to respond within the time provided may result in the dismissal of this action without prejudice.

More than fourteen days having passed without Relators' compliance with the Court's orders, it is therefore **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** for lack of diligent prosecution.[1] *See* M.D. Fla. R. 3.10(a). The Clerk of Court is **DIRECTED** to close the file.

---

[1] Pursuant to Federal Rule of Civil Procedure 41(b), the dismissal of this case does not operate as an adjudication on the merits.

1

**DONE AND ORDERED** in Orlando, Florida on June 13, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record